State v. West

STATE OF NORTH CAROLINA v. PEARL ALFREDA WEST

No. 545PA85

(Filed 7 January 1986)

WE granted the State's petition for discretionary review pursuant to N.C.G.S. § 7A-31 on 26 September 1985 to review the decision of the Court of Appeals (*Arnold, J., Hedrick, Chief Judge,* and *Cozort, J.,* concurring) reported at 76 N.C. App. 459, 333 S.E. 2d 522 (1985). The Court of Appeals held that defendant's motion to dismiss "for insufficiency of the evidence should have been granted." In so holding the Court of Appeals reversed the judgment of *Pope, J.,* sentencing defendant to imprisonment for twenty-five years upon the jury verdict of guilty of second degree murder entered at the 9 April 1984 Session of DUPLIN County Superior Court.

*Lacy H. Thornburg, Attorney General, by Lucien Capone, III, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Acting Appellate Defender, for defendant-appellee.*

*Jane M. Edmisten, William A. Friedlander and Crombie J. D. Garrett, Attorneys, Amici Curiae.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the records, briefs and oral arguments in the case before us, we conclude that our order of 26 September 1985 allowing the State's petition for discretionary review was improvidently allowed.

Discretionary review improvidently allowed.